1  GARY E. SCHNITZER, ESQ.
   Nevada Bar No. 395
2  KRAVITZ, SCHNITZER & JOHNSON, CHTD.
   8985 South Eastern Avenue, Suite 200
3  Las Vegas, Nevada 89123
   (702) 222-4142 Direct
4  (702) 362-2203 Facsimile
   Email:  gschnitzer@ksjattorneys.com
5  *Attorney for Defendant*
   *LexisNexis Risk Solutions*

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY NORMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC and LEXISNEXIS RISK SOLUTIONS, INC.<br><br><br>                    Defendants. | Case No.:   2:20-cv-01017-RFB-BNW<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LexisNexis Risk Solutions ("Defendant") and Plaintiff Larry Norman ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1.  Plaintiff filed his Complaint on June 8, 2020;

2.  Defendant was served with the Complaint on June 17, 2020;

3.  Defendant's deadline to answer or respond to Plaintiff's Complaint is July 8, 2020;

4.  Defendant has requested, and Plaintiff has consented to, an additional fourteen (14) days for Defendant to file an Answer or otherwise respond to the Complaint;

5.  An additional fourteen (14) days for Defendant to answer or respond to Plaintiff's

1

1  Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice
2  any party;
3      6.     Good cause exists to grant the stipulation as the additional fourteen (14) days are
4  needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a
5  review of all relevant documents;
6      7.     Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that
7  Defendant shall have up to and including July 22, 2020 to file a responsive pleading to Plaintiff's
8  Complaint.
9      8.     WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

2

Defendant LEXISNEXIS RISK SOLUTIONS shall have up to and including July 22, 2020 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 7th day of July, 2020.

| | |
|---|---|
| *s/ Michael Kind* | */s/ Gary E. Schnitzer* |
| Michel Kind, Esq., SBN 13903<br>KIND LAW<br>8860 S. Maryland Pkwy., Suite 106<br>Las Vegas, NV 89123<br>(702) 337-2322<br><br>George Haines, Esq., SBN 9411<br>FREEDOM LAW FIRM<br>8985 S. Eastern Ave., Suite 350<br>Las Vegas, NV 89123<br>Telephone: (702) 880-5554<br>Email: ghaines@freedomlawteam.com<br>*Attorneys for Plaintiff*<br>*Larry Norman* | Gary E. Schnitzer, Esq., SBN 395<br>KRAVITZ, SCHNITZER<br> & JOHNSON, CHTD.<br>8985 South Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>Telephone: (702) 222-4142<br>Facsimile: (702) 362-2203<br>Email: gschnitzer@ksjattorneys.com<br>*Attorneys for Defendant*<br>*LexisNexis Risk Solutions* |

**IT IS ORDERED.**

DATED this __8th__ day of July, 2020.

_____
United States Magistrate Judge