Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY NORMAN,<br><br>Plaintiff,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:20-cv-01017-RFB-BNW<br><br>**STIPULATION OF DISMISSAL OF LEXISNEXIS RISK SOLUTIONS, INC., WITH PREJUDICE**<br><br>Complaint filed:  June 8, 2020 |

PLEASE TAKE NOTICE that Plaintiff Larry Norman ("Plaintiff") and Defendant LexisNexis Risk Solutions, Inc., ("LNRS") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and LNRS to be determined by the Court, and LNRS is the only remaining defendant.  Plaintiff hereby stipulates that all of his

claims and causes of action against LNRS, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

**IT IS SO STIPULATED.**
DATED: November 3, 2020.

| KNEPPER & CLARK LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
|---|---|
| /s/ *Shaina R. Plaksin*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>Shaina R. Plaksin, Esq., SBN 13935<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com<br><br>**KRIEGER LAW GROUP, LLC**<br><br>David H. Krieger, Esq., SBN 9086<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br>Email: DKrieger@kriegerlawgroup.com<br><br>*Counsel for Plaintiff* | /s/ *Gary E. Schnitzer*<br>Gary E. Schnitzer, Esq., SBN 395<br>8985 South Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Email: gschnitzer@ksjattorneys.com<br><br>*Counsel for Defendant*<br>*LexisNexis Risk Solutions, Inc.* |

## ORDER GRANTING STIPULATION OF DISMISSAL OF LEXISNEXIS RISK SOLUTIONS, INC., WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   3rd day of November, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas NV 89148
(702) 856-7430